```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ROME DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING**

```
CASE NO.   R22-40479-BEM          ELLIS-MONRO, JUDGE
DEBTOR(S): VANCE FAMBER, JR.      DATE: JULY 20, 2022

     SONYA BUCKLEY GORDON TO REPORT BACK IN 10 DAYS

     WHETHER DEBTOR'S PLAN PAYMENTS CURRENT


     THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

     RECOMMENDS AGAINST CONFIRMATION OF THE PLAN BECAUSE:
     DEBTOR'S PLAN PAYMENTS REMAIN DELINQUENT
     PLEASE ENTER AN ORDER OF DISMISSAL.


     August 9, 2022


                              _____/s_____
                              Sonya Buckley Gordon, Esq.
                              for Chapter 13 Trustee
                              GA. Bar No. 140987
```

```
K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
404-525-1110
```

R22-40479-BEM

**CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

VANCE FAMBER, JR.
P.O. BOX 6762
DALTON, GA 30722

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES


This 10TH day of August, 2022


      /s/
_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA Bar No. 140987




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
404-525-1110